**Order filed February 12, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00013-CV
_____

**JAMES WHITTAKER, Appellant**

**V.**

**ERNEST HOUSTON, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 541012102**

---

### O R D E R

On December 29, 2014, appellant filed a notice of appeal from a judgment signed that day. The clerk's record was filed February 5, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1.

In addition, no reporter's record has been filed. The official court reporter informed this court that appellant had not made arrangements for payment for the reporter's record. On January 16, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's

record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response to the court's notice.

Accordingly, we issue the following order:

1. Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **February 27, 2015.** *See* Tex. R. App. P. 5.

2. Appellant is ordered to file his brief in this appeal on or before **March 6, 2015**.

If appellant fails to timely pay the filing fee and file his brief in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 42.3.

PER CURIAM